UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LULL,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, CORY STEWART, MICHAEL DOANE, and DOES 1 to 100,<br><br>Defendants. | No. 2:17-cv-1211-TLN-EFB<br><br><br><br>ORDER |

On December 19, 2019, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 50.) No objections were filed.

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

///

///

///

///

1. The proposed Findings and Recommendations filed December 19, 2019 (ECF No. 50), are ADOPTED IN FULL; and
2. Defendant's Motion for reconsideration (ECF No. 42) is denied.

IT IS SO ORDERED.

Dated: March 6, 2020

_____
Troy L. Nunley
United States District Judge