RIVERA HEWITT PAUL LLP
WENDY MOTOOKA, SBN 233589
11341 Gold Express Drive, Suite 160
Gold River, California 95670
Tel: 916-922-1200 Fax: 916 922-1303
Email: wmotooka@rhplawyers.com

Attorneys for Defendant CORY STEWART

Christopher Lull (Pro Per)
8633 Antelope North Rd.
Antelope Ca 95843
916-826-4815

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LULL,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, CORY STEWART, MICHAEL DOANE, AND DOES 1 to 100,<br><br>    Defendants. | Case No.: 2:17-cv-01211 TLN EFB PS<br><br>**STIPULATION TO MODIFY THE SCHEDULING ORDER TO EXTEND THE TIME TO HEAR DISPOSITIVE MOTIONS AND TO VACATE THE TRIAL DATE AND RELATED DATES; [PROPOSED] ORDER THEREON** |

WHEREAS this case commenced on June 9, 2017, and included a Fourth Amendment cause of action for false arrest (unreasonable seizure);

WHEREAS the Court dismissed the Fourth Amendment cause of action without leave to amend on March 30, 2018 (Docs. 15 & 21);

WHEREAS the Court entered a Scheduling Order on May 3, 2019, which set October 19, 2020 as the trial date, and May 20, 2020 as the date by which dispositive motions must be completed (Doc. 41);

/////

STIPULATION TO MODIFY SCHEDULING ORDER
Case No. 2:17-cv-01211 TLN EFB

1

WHEREAS on December 6, 2019, plaintiff CHRISTOPHER LULL moved for reconsideration of the dismissal of his Fourth Amendment claim (Doc. 49);

WHEREAS the Court entertained this motion, requested additional briefing, and the motion remains under submission as of the date of this Stipulation (Doc. 55);

WHEREAS defendant CORY STEWART intends to file a motion for summary judgment, which would be due no later than mid-April 2020 under the current Scheduling Order;

WHEREAS the scope of the issues for defendant's dispositive motion will remain uncertain until the Magistrate Judge issues Findings & Recommendations on the pending motion for reconsideration, and the District Judge reviews them;

WHEREAS the parties believe that judicial economy, docket management, and conservation of the parties' resources would be best served by vacating the trial date and modifying the Scheduling Order to allow the parties two months to prepare dispositive motions once the motion for reconsideration has been decided;

THEREFORE, the parties hereby stipulate, by and through their counsel of record, as follows:

1. That the current Scheduling Order be modified to extend the time to hear dispositive motions to 90 days after the District Judge rules on the pending motion for reconsideration; and

2. That the trial date and related dates be vacated, to be re-set as appropriate following the Court's ruling on the dispositive motions;

**IT IS SO STIPULATED AND REQUESTED BY THE PARTIES.**

DATE: March 16, 2020          RIVERA HEWITT PAUL LLP

                                       /s/ Wendy Motooka
                                       WENDY MOTOOKA
                                       Attorneys for Defendant CORY STEWART

/////

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

STIPULATION TO MODIFY SCHEDULING ORDER
Case No. 2:17-cv-01211 TLN EFB

2

DATE: March 16, 2020        /s/ Christopher Lull (as authorized on 3/16/2020)
                             CHRISTOPHER LULL (Pro Per)

**[PROPOSED] ORDER**

After considering the Stipulation by and between the parties through their counsel of record, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The Scheduling Order entered on May 3, 2019 is hereby modified as follows:

    a. The time to hear dispositive motions shall be extended to 90 days after the District Judge rules on the pending motion for reconsideration (Doc. 49);

    b. The trial date of October 19, 2020 and all related dates are VACATED, to be re-set as appropriate following the Court's ruling on all dispositive motions.

**IT IS SO ORDERED.**

DATED: March 27, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

STIPULATION TO MODIFY SCHEDULING ORDER
Case No. 2:17-cv-01211 TLN EFB

3