UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LULL, | Case No. 2:17-cv-01211-TLN-JDP |
| Plaintiff, | ORDER PERMITTING ADDITIONAL BRIEFING |
| v. | ECF Nos. 65, 68 |
| COUNTY OF SACRAMENTO, CORY STEWART, MICHAEL DOANE, AND DOES 1 TO 100, | DEFENDANT'S BRIEF DUE IN 7 DAYS |
| | PLAINTIFF'S BRIEF DUE IN 14 DAYS |
| Defendant. | |

      Both plaintiff and defendant moved for summary judgment. ECF Nos. 65, 68. A hearing on these motions was held on January 21, 2021, in which plaintiff proceeded without counsel. During that hearing, I inquired into two laws that may have provided authority to detain plaintiff and demand his identification: California Vehicle Code § 2113 and Sacramento County Code Ordinance 9.36.065(A). While defendant has already briefed the court regarding California Vehicle Code § 2113 and has provided oral arguments regarding Sacramento County Code Ordinance 9.36.065(A), plaintiff has not briefed the court on these matters. Therefore, I will permit both parties additional time to submit supplemental briefs. While neither party is required to submit supplemental briefs, any briefs that are submitted should be limited to discussions of these two laws, as well as the scope of authority that these laws may have provided to defendant.

      This court will permit defendant seven days to submit supplemental briefing. Plaintiff

1

will then have an additional seven days (fourteen days from the date of this order) to respond.

Accordingly,

1. defendant Cory Stewart may submit supplemental briefing within seven days of the issuance of this order, and

2. plaintiff Christopher Lull may submit supplemental briefing within fourteen days of the issuance of this order.

IT IS SO ORDERED.

Dated:    January 27, 2021       /s/ Jeremy Peterson   
                                                     JEREMY D. PETERSON
                                                     UNITED STATES MAGISTRATE JUDGE